IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-029 |
| | ) | |
| REAL PROPERTY KNOWN AND | ) | |
| NUMBERED AS 196 SPROWLS ROAD, | ) | |
| BENTLEYVILLE, WASHINGTON | ) | |
| COUNTY, PA 15314, including all | ) | |
| improvements, fixtures and appurtenances | ) | |
| thereto or therein, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 23rd day of Dec, 2005, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order. This civil forfeiture action shall be stayed until the conclusion of the criminal case in United States v. James Charles Emery, III, number 04-311 (W.D. Pa.), including, without limitation: (1) the duty of James Charles Emery, III to file a claim and answer in the event that he wishes to contest this action; and (2) the duty of the United States to serve any other potential claimants. The United States shall notify the Court upon the conclusion of the related criminal case. The United States may advertise this action in accordance with federal forfeiture law. The court shall mark this case administratively closed.

_____ J.