IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0029 |
| | ) | |
| REAL PROPERTY KNOWN AND | ) | |
| NUMBERED AS 196 SPROWLS ROAD, | ) | |
| BENTLEVILLE, WASHINGTON | ) | |
| COUNTY, PA 15314, including all | ) | |
| improvements, fixtures and | ) | |
| appurtenances thereto or therein, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 22nd day of Sept, 2006, it is hereby,

ORDERED, ADJUDGED and DECREED that the Order at the above-captioned case staying all civil forfeiture proceedings be, and hereby is, lifted.

_____
J.