IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-029 |
| | ) | |
| REAL PROPERTY KNOWN AND | ) | |
| NUMBERED AS 196 SPROWLS ROAD, | ) | |
| BENTLEYVILLE, WASHINGTON | ) | |
| COUNTY, PA 15314, including all | ) | |
| improvements, fixtures and appurtenances | ) | |
| thereto or therein, | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 21ST day of _____Dec_____ , 2006, it is hereby

ORDERED, ADJUDGED, and DECREED that the  $46,935.22 that is the subject of the

forfeiture action at Civil Action No. 05-209 be, and hereby is, forfeited to the United States of

America free and clear of all right, title and interest of any person or entity.